HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
JORDAN DAVIS
Certified Student Attorney
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JOSHUA ARIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:16-MJ-0008-KJN |
| Plaintiff, | STIPULATION AND ORDER TO VACATE BENCH TRIAL AND SET FOR CHANGE OF PLEA AND SENTENCING |
| v. | |
| JOSHUA ARIAS, | DATE:   April 4, 2016 |
| | TIME:   9:00 a.m. |
| Defendant. | JUDGE: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, Special Assistant United States Attorney R. BENJAMIN NELSON, attorney for Plaintiff and Chief Assistant Federal Defender LINDA C. ALLSION, attorney for defendant, JOSHUA ARIAS, that the Court vacate the trial date of April 4, 2016 at 9:00 a.m., and set a change of plea hearing on March 30, 2016 at 9:00 a.m.

Dated: February 23, 2016                    Respectfully submitted,
                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            /s/ Linda C. Allison
                                            LINDA C. ALLSION
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JOSHUA ARIAS

/ / /

*U.S. v. Arias*
Stipulation and Order

-1-

Dated: February 23, 2016                          BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  */s/ R. Benjamin Nelson*
                                                  R. BENJAMIN NELSON
                                                  Special Assistant United States Attorney
                                                  Attorney for Plaintiff

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is hereby ordered that the trial presently set for April 4, 2016, at 9:00 a.m., be vacated, and that a change of plea and sentencing date be set for March 30, 2016, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  February 24, 2016

                                                  KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE

*U.S. v. Arias*
Stipulation and Order