# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

JOSHUA ARIAS

CASE/CITATION NO. 2:16-mj-008-KJN

**ORDER TO PAY**

**FILED**
MAR 30 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

_____
CITY    STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 3/30/16

_____
DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 225.00 and a penalty assessment of $ 10.00 for a TOTAL AMOUNT OF: $ 235.00 within 90 days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

| [ ] CENTRAL VIOLATIONS BUREAU<br>PO BOX 71363<br>PHILADELPHIA, PA 19176-1363<br>1-800-827-2982<br>or<br>Pay on-line at www.cvb.uscourts.gov<br>and Click on "Pay On-Line" | [ ] CLERK, USDC<br>2500 TULARE ST., RM. 1501<br>FRESNO, CA 93721-1322 | [X] CLERK, USDC<br>501 I STREET, STE. 4-200<br>SACRAMENTO, CA 95814-2322 |

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 3-30-16

KJN
U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET

EDCA-3