UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:16-mj-00008-KJN |
| Plaintiff, | ) ORDER TO SHOW CAUSE AND ORDER |
| v. | ) TO ISSUE SUMMONS RE: PROBATION ) REVOCATION |
| JOSHUA M. ARIAS, | ) |
| Defendant. | ) |

**ORDER TO SHOW CAUSE AND ISSUE SUMMONS**

It is Hereby Ordered that the defendant shall appear on April 19, 2017, at 9:00 a.m., to show cause why the probation granted on March 30, 2016, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on April 19, 2017, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  March 29, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO SHOW CAUSE                    1                    U.S. v. JOSHUA M. ARIAS