UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSHUA M. ARIAS,<br><br>  Defendant. | 2:16-mj-00008-KJN<br><br>ORDER TO WITHDRAW PETITION TO REVOKE PROBATION<br><br>Date: April 19, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Kendall J. Newman |

It is hereby ordered that plaintiff United States of America's Request to Withdraw Petition to Revoke Probation filed against defendant JOSHUA M. ARIAS is GRANTED.

It is further ordered that the probation revocation hearing scheduled on April 19, 2017, is VACATED.

Dated: April 18, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE